# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| Operating Engineers Local #49 Health and Welfare Fund and Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Local #49 International Union of Operating Engineers and Associated General Contractors of Minnesota Apprenticeship and Training Program and their Trustees, | Civil No. 09-1710 (RHK/AJB) **ORDER FOR DISMISSAL** |

Plaintiffs,

vs.

Pete's Water & Sewer, Inc. and Dennis Skjod,
individually,

Defendants.

_____

     Pursuant to the Notice of Voluntary Dismissal (Doc No. 8), this matter is hereby

**DISMISSED WITHOUT PREJUDICE** and without costs to either party.

Dated:  November 10, 2009

s/Richard H. Kyle_____<br>RICHARD H. KYLE<br>United States District Judge